

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**5/25/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

**Case Number:** 10−20129 − A − 7 **Last Day to File an Objection:** 06/24/2010

**Debtor Name(s) and Address(es):**

Almanor Manufacturing, Inc.
PO Box 1330
Chester, CA 96020

**Trustee:** Ryan Lucksinger
PO Box 1257
Rocklin, CA 95677

**Telephone Number:** 916−580−3366

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:** The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:** Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:
5/25/10

For the Court,
Richard G. Heltzel , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.

# CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 1              Date Rcvd: May 25, 2010
Case: 10-20129                Form ID: L30             Total Noticed: 16

The following entities were noticed by first class mail on May 27, 2010.
db           +Almanor Manufacturing, Inc.,    PO Box 1330,   Chester, CA 96020-1330
17056430     +Allied Insurance,    PO Box 51450,   Los Angeles CA 90051-5750
17056431      Amerigas,   PO Box 7155,   Pasadena CA 91109-7155
17056432      Bank Of America,   PO Box 15726,   Wilmington DE 19886-5726
17056434      Blue Shield,   File 55331,   Los Angeles CA 90074-5331
17056435     +Department Of Industrial Relations,   PO Box 420603,   San Francisco CA 94142-0603
17056436      Department Of Toxic Substances Control,   PO Box 806,   Sacramento CA 95812-0806
17056437     +GLSB R Attorneys At Law,   PO Box 939,   El Segundo CA 90245-0939
17056438    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   PO Box 105416,   Atlanta GA 30348-5416)
17056439     +Ryan Bauer,   C O Benjamin K Helfman,   1440 West Street,   Redding CA 96001-1626
17056440     +Ryan Bauer,   PO Box 904,   Westwood CA 96137-0904
17056441     +Wilson Tool,   12912 Farnham Ave,   St Paul MN 55110-5997
17056442     +Workers Compensation Appeals Board,   C O Pursley And Wesley,   1755 Creekside Oaks Drive 120,
               Sacramento CA 95833-3646

The following entities were noticed by electronic transmission on May 26, 2010.
aty          +E-mail/Text: jacobsd@jacobsanderson.com                          Douglas B. Jacobs,
               20 Independence Cir,   Chico, CA 95973-0210
tr           +E-mail/PDF: ebnuscourts@surewest.net May 26 2010 06:13:40     Ryan Lucksinger,   PO Box 1257,
               Rocklin, CA 95677-1257
17056433     +E-mail/Text: bknotices@bankofthewest.com                          Bank Of The West,
               10181 Truckee Tahoe Airport Rd,   Truckee CA 96161-3306
                                                                                                TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2010** **Signature:** Joseph Speetjens